McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00154-SAB |
|---|---|
| Plaintiff, | [Citation #6238433 CA/22] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| JAMES McCOY, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00154-SAB [Citation #6238433 CA/22] against JAMES McCOY without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The case is to be transferred to Fresno County Superior Court.

DATED: September 13, 2018                    Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                      By:    /s/ Gary M. Leuis
                                             GARY M. LEUIS
                                             Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00154-SAB [Citation #6238433 CA/22] against JAMES McCOY be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **September 13, 2018**

UNITED STATES MAGISTRATE JUDGE